1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,
                                        NO. CIV. S-05-523 LKK/GGH
12
            Plaintiff,
13
       v.                                        O R D E R
14
     SUCA INVESTMENTS, INC., a
15   Hawaii corporation; and
     WORLD OF GOOD TASTES, INC.,
16
            Defendant.
17   _____/

18      Pursuant to court order, the above-captioned case is set for

19   a Status Conference on May 31, 2005.   Neither party has filed

20   status reports as required by this court's Order Setting Status

21   Conference.   On April 18, 2005, plaintiff and defendant World of

22   Good Tastes filed a stipulation to extend time to respond to the

23   complaint.[1]   Although Local Rule 6-142 provides that the parties

24   _____

25      [1]   The court notes in passing that according to the
     stipulation, defendant's response was due on May 12, 2005, a date
26   which has long since passed.

                                   1

1  may stipulate to an initial extension of the responsive deadline,

2  the stipulation did not effect a continuance of this court's Status

3  Conference nor relieve the parties of their obligation to file

4  status reports ten days prior to the conference.  Accordingly, the

5  court hereby ORDERS that:

6      1.   The Status Conference now set for May 31, 2005 is

7  CONTINUED to July 18, 2005 at 2:30 p.m.;

8      2.   All counsel shall SHOW CAUSE why sanctions in the amount

9  of One Hundred and Fifty Dollars ($150.00) should not issue for

10  their failure to timely file status reports; and

11      3.   All parties shall file status reports not later than ten

12  (10) days preceding the continued Status Conference date.

13      IT IS SO ORDERED.

14      DATED:  May 25, 2005.

15                                    /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
16                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26